# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MICHAEL HEAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-07-1319-F |
| | ) |
| MICHAEL MUKASEY,[1] Attorney | ) |
| General, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

On April 11, 2008, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that respondents' motion to dismiss be granted and petitioner's habeas corpus petition be dismissed as moot. Magistrate Judge Couch further recommended that petitioner's motion for appointment of counsel be denied. In the Report and Recommendation, Magistrate Judge Couch advised the parties of their right to object to the recommended rulings by May 1, 2008 and further advised that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed.

To date, none of the parties have filed an objection to the Report and Recommendation. In addition, no party has requested an extension of time to file an objection. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on April 11, 2008 (doc. no. 15) is **ACCEPTED**,

---

[1] Pursuant to Rule 25(d), Fed. R. Civ. P., Michael Mukasey is substituted as respondent for Peter D. Keisler.

**ADOPTED**, and **AFFIRMED**.  The Federal Respondents' Motion to Dismiss as Moot (doc. no. 13) is **GRANTED**.  Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (doc. no. 1) is **DISMISSED** as **MOOT**.  Petitioner's Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A (doc. no. 3) is **DENIED**.

DATED May 16, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1319p002.wpd